UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-80118-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.  **O R D E R**

JENOI LEONE HAND aka
JENOI BROWN,

    Defendant.
_____/

THIS CAUSE came before the Court for an Evidentiary Hearing on Supervised Release Violation Petition (DE 44) on July 30, 2008.

The Court has carefully considered the statements of all parties and the information contained in the violation report, as well as the testimony and evidence presented at the Evidentiary Hearing.  Based on the testimony and evidence presented at the Evidentiary Hearing, the Court finds by a preponderance of the evidence that the defendant has violated the terms and conditions of Supervised Release and has admitted violation number 1 and denied violation numbers 2, 3 and 4 as set forth in the Petition (DE 44).

**IT IS HEREBY ORDERED AND ADJUDGED** that the Defendant's Supervised Release is hereby revoked and the Defendant is hereby committed to the custody of the United States Bureau of Prisons to

be imprisoned for a term of **ten (10) months**, with no further supervision to follow.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___31st___ day of July, 2008.

_____
WILLIAM J. ZLOCH
United States District Judge

cc: Christopher Hunter, Esq., AUSA
    Daryl Wilcox, Esq., AFPD
    Peggy Hobcroft-Bates, U.S. Probation
    U.S. Marshal